# EXHIBIT 1

**TRANSAMERICA CAPITAL BUILDER** Fixed Annuity Application
**TRANSAMERICA LIFE INSURANCE COMPANY**
Home Office: Cedar Rapids, IA Mailing Address: 4333 Edgewood Road N.E., Cedar Rapids, IA 52499
Telephone: (800) 553-5957

Network to 12542074

Policy Number: 02CBT 111634

ANNUITANT FULL NAME: Harry H Lou
Residential Address: 1708 Broadfield LN Vienna, Va 22182
Mailing Address: Same
SSN: 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  DOB: 2/08/37  Telephone Number: 703-476-7459  Sex: ☒ M ☐ F
U.S. Citizen: ☒ Yes ☐ No (Country of Citizenship: _____) ☐ Resident Alien ☐ Non-Resident Alien

**PRIMARY OWNER** ☒ Same as Annuitant
Full Name:
Residential Address:
Mailing Address:
SSN: _____ DOB: _____ Telephone Number: _____ Sex: ☐ M ☐ F
U.S. Citizen: ☐ Yes ☐ No (Country of Citizenship: _____) ☐ Resident Alien ☐ Non-Resident Alien

**JOINT OWNER** Relationship to Primary Owner: _____
Full Name:
Residential Address:
SSN: _____ DOB: _____ Telephone Number: _____ Sex: ☐ M ☐ F
U.S. Citizen: ☐ Yes ☐ No (Country of Citizenship: _____) ☐ Resident Alien ☐ Non-Resident Alien

**BENEFICIARY(IES)** If there are more than two (2) beneficiaries, attach an Additional Beneficiary Form. (Must total 100%)
Full Name: YU LING
Relationship to Annuitant: Relative, cousin  SSN: n/a  ☒ Primary ☐ Contingent 100 %  Sex: ☐ M ☒ F
Full Name: _____
Relationship to Annuitant: _____ SSN: _____  ☐ Primary ☐ Contingent ____ %  Sex: ☐ M ☐ F

TOTAL PURCHASE AMOUNT $ 1,000,000.00   ☒ Non-Qualified ☐ Qualified
☒ New Money  Qualified Plan Type: _____   Contribution Year: _____
☐ Transfer From: ☐ 1035 Exchange ☐ Direct Transfer ☐ Roth Conversion  Requested by: ☐ Agent/Client ☐ Carrier
☐ Rollover From (Type of Plan): _____   Transfer/Rollover Amount $ _____

**PRODUCT FEATURES**
Guarantee Period Options (You must select only ONE option): ☒ 1 Year ☐ 5 Year
Optional Riders:
☐ Transamerica Guaranteed Lifetime Income (Issue Ages 0-80) Not available in WA ☐ Single ☐ Joint
(If Joint is selected, the Joint Owner or Sole Beneficiary must be a spouse. Complete the appropriate sections, if applicable.)

[1] Address must be completed and cannot be a P.O. Box. Entities should provide the principal place of business.
[2] A Trustee Certification Form is required if a Trust is named as Owner or Beneficiary.
FIXED APP 02/08

WHITE COPY - INSURANCE COMPANY · YELLOW COPY - POLICYHOLDER · PINK COPY - AGENT

81602079 02/08
page 1 of 3

## SIGNATURE(S) OF AUTHORIZATION ACCEPTANCE – All questions in this section must be answered

- ☐ No ☒ Yes — Did the agent present and leave the applicant insurer-approved sales material?
- ☒ No ☐ Yes — Do you have any existing annuity policies/life insurance contracts?
- ☒ No ☐ Yes — Will this annuity replace or change any existing annuity or life insurance? (Complete the information below.)

Company: _____  Policy #: _____

- Unless I have notified Transamerica Life Insurance Company of a community or marital property interest in this contract, Transamerica Life Insurance Company will rely on good faith belief that no such interest exists and will assume no responsibility for inquiry.
- To the best of my knowledge and belief, all of my statements and answers on this application are correct and true.
- This application is subject to acceptance by Transamerica Life Insurance Company. If this application is rejected for any reason, Transamerica Life Insurance Company will be liable only for return of purchase payment paid.
- I understand that federal law requires all financial institutions to obtain customer information, including the name, residential address, date of birth, Social Security Number or Tax Identification Number and any other information necessary to sufficiently identify each customer. I understand that failure to provide this information could result in the annuity contract not being issued, delayed or unprocessed transactions, or annuity contract termination.

**I HAVE REVIEWED MY FINANCIAL OBJECTIVES AND INSURANCE NEEDS, INCLUDING ANY EXISTING ANNUITY COVERAGE, AND FIND THE ANNUITY BEING APPLIED FOR IS APPROPRIATE FOR MY NEEDS.**

I have read the Fraud and Disclosure Statements listed in this application.

Signed at: Washington  State: DC  Date: 1/29/09

Owner Signature: X _Hoey W_  1/29/09

Joint Owner Signature: X

Annuitant Signature (if not Owner): X

## AGENT INFORMATION – All questions in this section must be answered

- ☐ No ☒ Yes — Did you present and leave the applicant insurer-approved sales material?
- ☒ No ☐ Yes — Does the applicant have any existing annuity policies or life insurance contracts?
- ☒ No ☐ Yes — Do you have any reason to believe the annuity applied for will replace or change any existing annuity or life insurance?

**REMINDER** - If applicable, submit the appropriate state replacement form(s) if the Applicant's state has Replacement Regulations.

**I HAVE MADE REASONABLE EFFORTS TO OBTAIN INFORMATION CONCERNING THE CONSUMER'S FINANCIAL STATUS, TAX STATUS, INVESTMENT OBJECTIVES AND SUCH OTHER INFORMATION USED OR CONSIDERED TO BE REASONABLE IN MAKING THE ANNUITY RECOMMENDATION AND FIND THE ANNUITY BEING APPLIED FOR APPROPRIATE FOR HIS/HER NEEDS.**

I certify that I have truly and accurately recorded on the application the information that was provided to me by the applicant.

Agent Full Name: Abdul D Mara

Agent ID Number: R14P  Agent Code: _____

Solicitor Code: _____  General Agency Code: PNCT

Phone Number: 202-957-1567  Email Address (Optional): _____

Signature: X _signed_

FIXED APP 02/08

WHITE COPY - INSURANCE COMPANY • YELLOW COPY - POLICYHOLDER • PINK COPY - AGENT
After completing this application you must remove all copies and insert the customer's copy loosely into the policy.
81602079 02/08
page 2 of 3