IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LING YU and WANG XIAONING,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HARRY HONGDA WU, LAOGAI RESEARCH FOUNDATION, LAOGAI HUMAN RIGHTS ORGANIZATION, and YAHOO! HUMAN RIGHTS FUND a.k.a. YAHOO! IRREVOCABLE HUMAN RIGHTS TRUST,<br><br>　　　　　Defendants. | Civil Action No. 1:11-cv-92 JCC/JFA |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Ling Yu and Wang Xiaoning, through their attorneys, having previously filed a Notice of Dismissal of the Within Action Without Prejudice, and said Action having been settled by Agreement between the Plaintiffs and Defendants, said Plaintiffs hereby file this superseding Notice of Dismissal with Prejudice that all claims in this action be and hereby are dismissed with prejudice, without costs, each party paying their own attorneys fees, and with all rights of appeal being waived.

　　　　　　　　　　　　　　　　LING YU and WANG XIAONING

　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　/s/ Barry Coburn
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Barry Coburn (Virginia Bar No. 36907)
　　　　　　　　　　　　　　　　COBURN & GREENBAUM PLLC
　　　　　　　　　　　　　　　　1710 Rhode Island Avenue, NW, 2nd Floor
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Telephone: (202) 657-4490
　　　　　　　　　　　　　　　　Facsimile: (866) 561-9712

-2-

Of counsel:

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, NW, Fifth Floor
Washington, D.C.  20036
Telephone: (202) 463-1919
Facsimile (202) 463-2999
Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
Matthew S. Apfel

Dated:  April 2, 2012

Certificate of Service

 I hereby certify that a true copy of the foregoing will be served upon all counsel in this case via the court's electronic filing system, this 2nd day of April, 2012.

/s/ Barry Coburn
_____